CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

April 02, 2026

LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JEREMIAH CORY HAMILTON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:25-cv-00877 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| WEXFORD HEALTH, | ) | By:    Hon. Thomas T. Cullen |
| | ) | United States District Judge |
| Defendant. | ) | |

Plaintiff Jeremiah Cory Hamilton, proceeding *pro se*, filed this civil-rights action under 42 U.S.C. § 1983 against Defendant Wexford Health. (*See* ECF No. 1.) On February 23, 2026, the court ordered Plaintiff to execute and return a consent-to-withholding-of-filing-fees form to complete his application for leave to proceed *in forma pauperis* without prepayment of the filing fee. (*See* ECF No. 7.) The court advised Plaintiff that failure to comply with the Order within 30 days would result in dismissal of this action without prejudice. (*Id.* at 2.) More than 30 days have elapsed, and Plaintiff has failed to submit a signed consent form or pay the full filing fee.

Additionally, by Order entered on February 11, 2026, the court advised Plaintiff that he must notify the court in writing immediately upon his transfer or release and provide the court with his new address. (ECF No. 5, at 3.) The court cautioned Plaintiff that the failure to notify the court of such a change of address would result in dismissal of this action. (*Id.*) On March 9, 2026, an order mailed to Plaintiff was returned to the court as undeliverable, indicating that Plaintiff is no longer housed at Southwest Virginia Regional Jail -- Haysi. (*See*

ECF No. 8.) But to date, Plaintiff has not notified the court of his transfer or release or provided the court with an updated address.

Based on Plaintiff's failure to comply with the court's orders and his failure to pay the filing fee, the court will dismiss this action without prejudice under Federal Rule of Civil Procedure 41(b) and 28 U.S.C. § 1914. The court notes that this dismissal is without prejudice to Plaintiff's opportunity to refile his claims in a separate civil action, subject to the applicable statute of limitations, when he is prepared to comply with the court's orders.

The clerk is directed to send a copy of this Memorandum Opinion and the accompanying Order to Plaintiff at his last known address.

**ENTERED** this 2nd day of April, 2026.

/s/ Thomas T. Cullen
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE